# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1158
_____

CORRY A. MENCY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
Mark E. Feagle, Judge.

January 30, 2026

PER CURIAM.

AFFIRMED.

LEWIS, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Corry A Mency, Pro Se, Appellant.

James Uthmeier, Attorney General, and Ryan E. Roy, Assistant Attorney General, Tallahassee, for Appellee.